IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-79-D

CLINTON BRINSON,                )
                                )
            Plaintiff,          )
                                )
    v.                          )       **ORDER**
                                )
WALMART, INC.,                  )
                                )
            Defendant.          )

For the reasons stated in defendant's memorandum in support of its motion to dismiss or, in the alternative, for summary judgment [D.E. 15] and in its reply brief [D.E. 19], the court GRANTS defendant's motion to dismiss for failure to state a claim or, in the alternative, for summary judgment [D.E. 14]. The court DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

SO ORDERED. This _25_ day of September, 2024.

                                                JAMES C. DEVER III
                                                United States District Judge