UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CLINTON BRINSON, | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-79-D** |
| WALMART, INC., | ) ) ) ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in defendant's memorandum in support of its motion to dismiss or, in the alternative, for summary judgment [D.E. 15] and in its reply brief [D.E. 19], the court GRANTS defendant's motion to dismiss for failure to state a claim or, in the alternative, for summary judgment [D.E. 14]. The court DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

This Judgment filed and entered on September 26, 2024, and copies to:
Kellie A. Tabor      (via CM/ECF electronic notification)
Kevin M. Cleys       (via CM/ECF electronic notification)
Clinton Brinson      (via US Mail to 1001 Addison Place, Raleigh, NC  27610)


September 26, 2024                          Peter A. Moore, Jr.
                                            Clerk of Court



                                            By: /s/ Stephanie Mann
                                                Deputy Clerk